HERMAN HAHLO et al., Respondents, *v.* HUGH J. GRANT, Sheriff, etc., et al., Appellants.

(Argued March 14, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 23, 1890, which affirmed a judgment in favor of plaintiffs, entered upon a verdict and affirmed an order denying a motion for a new trial.

*David McClure* for appellants.

*Morris J. Hirsch* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.